Form fnldecree

# UNITED STATES BANKRUPTCY COURT
## Southern District of West Virginia

In Re: Rondall Lee Haugh, Jr.
      Debtor(s)

Case No.: 4:12−bk−40033
Chapter: 7
Judge: Ronald G. Pearson

## FINAL DECREE CLOSING CASE

The estate of the above named debtor(s) has been fully administered.

IT IS ORDERED THAT:

(1) The trustee is discharged from the estate of the above named debtor(s) and the bond is cancelled;

(2) The chapter 7 case of the above named debtor(s) is closed.

Entered: 7/5/12

By the Court
Ronald G. Pearson

United States Bankruptcy Judge